

# NUMBER 13-22-00379-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN RE LOWE'S COMPANIES, INC.

---

## On Petition for Writ of Mandamus.

---

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

On August 17, 2022, relator Lowe's Companies, Inc. filed a petition for writ of mandamus through which it asserts that the trial court abused its discretion by refusing to disqualify counsel for the real party in interest, Donna Kay Scott. Relator has further filed an opposed motion for temporary relief and stay requesting that we stay the trial court's July 18, 2022 order denying relator's motion for disqualification of counsel.

This Court, having examined and fully considered the relators' opposed motion for temporary relief and stay, is of the opinion that it should be granted as stated herein. Accordingly, we grant the relators' opposed motion for temporary relief and stay, and we order the trial court proceedings to be stayed pending further order of this Court, or until this case is finally decided. *See* TEX. R. APP. P. 52.10(b). The Court requests that the real party in interest, Scott, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
18th day of August, 2022.